

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00623-CV

**TEAL TRADING AND DEVELOPMENT, LP**,
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable Michael Peden, Judge Presiding[1]

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court, and we REMAND this cause to the trial court for further proceedings consistent with this opinion.

We ORDER that Teal Trading and Development, LP recover its costs of this appeal from Champee Springs Ranches Property Owners Association.

SIGNED March 19, 2014.

_____
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment. *See* TEX. GOV'T CODE. ANN. § 74.056 (West 2013).